UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 99-38(1) RHK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **GARNISHMENT ORDER** |
| ) | |
| TANIKA MICHELLE MOORE, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| STARWOOD HOTELS & RESORTS, ) | |
| ) | |
| Garnishee. ) | |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on October 6, 2011, is hereby released.

Dated: November 3, 2011

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge